AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Central District of Illinois

| | |
|---|---|
| Hakim Williams | ) |
| *Plaintiff* | ) |
| v. | ) |
| Group 2029, Inc. | ) |
| *Defendant* | ) |

Civil Action No.　1:24-cv-1376

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:　It is ordered and adjudged that Plaintiff Hakim Williams' action against Defendant Group 2029, Inc. is DISMISSED WITH PREJUDICE for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge　Jonathan E. Hawley _____ on a motion for　Dismissal for Lack of Prosecution.

Date:　07/15/2025

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*